UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMALL DRANE, | ) | 1:05-CV-0778 AWI DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | (DOCUMENT #11) |
| NANCY GRANNIS, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2006, plaintiff filed a motion to extend time to amend his complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **March 7, 2006**            **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE